# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2011

140147 (62) (63)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

          SC: 140147
          COA: 274148
          St. Clair CC: 03-000881-FH

JAMES EUGENE GRISSOM,
       Defendant-Appellant.
_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The motion to compel production of transcript, expand record on appeal, and for remand is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2011

_____
Clerk

h0928